**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lenne LARUE, III, Petitioner**

No. 172 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.